14,772-08

COURT OF CRIMINAL APPEALS

Supreme Court BLDG.

201 W.14th St.RM106

P.O.BOX 12308

Austin,Texas 78711-2308

APRIL 2,2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

CLERK Abel Acosta:

Dear Clerk,

Please be advise,I offender ALLEN GLENN THOMAS,TDCJ-CID#633145,needs a copy of

your court decision in his case in order that he can filed an writ of certiorari

to the Supreme Court of the United States,in Tr.Ct.NO.W90-04906-K(D)from the

Criminal District Court NO.4 of Dallas county,Texas,that was forwarded to your

Court on or about November 17,2014,Please send me the courts opinion immediately

Thank-you for your time and assistance in this legal matter.

sincerely,

ALLEN GLENN THOMAS#633145

French M.Robertson Unit

12071 FM 3522

Abilene,Texas 79601

CC: